1   Peter M. Rehon (SBN 100123)
    Mark V. Isola (SBN 154614)
2   REHON & ROBERTS
    A Professional Corporation
3   Ten Almaden Blvd., Suite 550
    San Jose, CA 95113-2238
4   Telephone: (408) 494-0900
    Facsimile: (408) 494-0909
5
    Raymond P. Niro, Esq.
6   Paul K. Vickrey, Esq.
    David J. Sheikh, Esq.
7   Richard B. Megley, Jr., Esq.
    Karen L. Blouin, Esq.
8   NIRO, SCAVONE, HALLER & NIRO
    181 W. Madison St., Suite 4600
9   Chicago, IL 60602
    Telephone: (312) 236-0733
10
    Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer
11  Research, LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                           (San Jose Division)

15  ILLINOIS COMPUTER RESEARCH,      Case No. CV08-80074 MISC.
    LLC,
16                                   [Action pending in the United States District Court
            Plaintiff and Counterclaim   for the Northern District of Illinois as Case No. 07 C
17          Defendant,               5081]

18          v.                       **DECLARATION OF KAREN L. BLOUIN IN
                                     SUPPORT OF *EX PARTE* APPLICATION BY
19  FISH & RICHARDSON P.C.,          ILLINOIS COMPUTER RESEARCH LLC AND
                                     SCOTT C. HARRIS PURSUANT TO LOCAL
20          Defendant, Counterclaimant and   RULE 6.3 FOR ORDER SHORTENING TIME
            Third-Party Plaintiff,   FOR HEARING ON MOTION OF ILLINOIS
21                                   COMPUTER RESEARCH LLC AND SCOTT C.
            v.                       HARRIS UNDER FED.R.CIV.P. 45 TO
22                                   COMPEL RICHARD FRENKEL'S
    SCOTT C. HARRIS,                 DEPOSITION AND DOCUMENT
23                                   PRODUCTION IN APRIL 2008**
            Third-Party Defendant and
24          Counterclaimant,

25          v.

26  FISH & RICHARDSON P.C.,

27          Defendant, Counterclaimant,
            Third-Party Plaintiff and
28          Counterclaim Defendant.

                                   1

**DECLARATION OF KAREN BLOUIN ISO EX PARTE**

1   I, KAREN L. BLOUIN, declare and state as follows:

2       1.      I am an attorney in the law firm of Niro, Scavone, Haller & Niro.  I am an attorney

3   of record for Illinois Computer Research LLC and Scott C. Harris.

4       2.      ICR has filed a tortious interference claim against Fish & Richardson P.C.

5       3.      ICR seeks a limited deposition of Richard Frenkel to establish the acts that he

6   performed and his relationship with Fish.  The deposition is limited to specific topics concerning

7   information uniquely in the possession of Mr. Frenkel that is directly relevant to ICR's tortious

8   interference claim against Fish.

9       4.      Initial expert reports on the tortious interference claims are due on June 30, 2008.

10  ICR sought the deposition of Mr. Frenkel in April so that it could incorporate his testimony into

11  ICR's expert reports that are due in June.

12      5.      Hearing the Motion to Compel on a regular briefing schedule may lead to Mr.

13  Frenkel's deposition being scheduled in June and will cause ICR substantial harm.

14      6.      ICR conferred with counsel for Mr. Frenkel and Cisco Systems, Inc. through

15  phone calls and email, but agreement on a date for a hearing could not be reached.

16      I declare under penalty of perjury under the laws of the State of Illinois that the foregoing

17  is true and correct.  Executed on April 11, 2008.

                                        _____Karen L. Blouin  /s/_____
18                                          Karen L. Blouin

19

20

21

22

23

24

25

26

27

28

DeclBlouin_ISO_ExParte.doc

**DECLARATION OF KAREN BLOUIN ISO EX PARTE**