Peter M. Rehon (SBN 100123)
Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA  95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Raymond P. Niro, Esq.
Paul K. Vickrey, Esq.
David J. Sheikh, Esq.
Richard B. Megley, Jr., Esq.
Karen L. Blouin, Esq.
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733

Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer Research, LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br><br> Defendant, Counterclaimant and Third-Party Plaintiff, <br><br> v. <br><br> SCOTT C. HARRIS, <br><br> Third-Party Defendant and Counterclaimant, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br><br> Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. | Case No.  CV08-80074 MISC. <br><br> [Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081] <br><br> **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION BY ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS PURSUANT TO LOCAL RULE 6.3   FOR ORDER SHORTENING TIME FOR HEARING ON MOTION UNDER FED.R.CIV.P. 45 OF ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS TO COMPEL RICHARD FRENKEL'S DEPOSITION AND DOCUMENT PRODUCTION IN APRIL 2008** |

1  Based upon the Ex Parte Application of Illinois Computer Research and Scott Harris for
2  an Order shortening the time for a hearing on their motion under Fed.R.Civ.P. 45 to compel the
3  deposition of Richard Frenkel and the declaration of Karen L. Blouin filed concurrently:
4  IT IS HEREBY ORDERED THAT THE APPLICATION IS GRANTED; and
5  IT IS FURTHER ORDERED THAT the Motion Under Fed.R.Civ.P. 45 of Illinois
6  Computer Research LLC And Scott C. Harris to Compel Richard Frenkel's Deposition and
7  Document Production in April 2008 will be heard on April 22, 2008, at 10:00 a.m. in Courtroom
8  ____; opposition to the Motion to Compel shall be filed and served by no later than April ____,
9  2008, and reply papers shall be filed and served by no later than April ___, 2008.

Dated: April ___, 2008

HONORABLE MAGISTRATE JUDGE
HOWARD LLOYD

**[PROPOSED] ORDER**