1  Peter M. Rehon (SBN 100123)
   Mark V. Isola (SBN 154614)
2  REHON & ROBERTS
   A Professional Corporation
3  Ten Almaden Blvd., Suite 550
   San Jose, CA  95113-2238
4  Telephone: (408) 494-0900
   Facsimile: (408) 494-0909
5
   Raymond P. Niro, Esq.
6  Paul K. Vickrey, Esq.
   David J. Sheikh, Esq.
7  Richard B. Megley, Jr., Esq.
   Karen L. Blouin, Esq.
8  NIRO, SCAVONE, HALLER & NIRO
   181 W. Madison St., Suite 4600
9  Chicago, IL 60602
   Telephone: (312) 236-0733
10
   Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer
11 Research, LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      (San Jose Division)

15 | ILLINOIS COMPUTER RESEARCH, LLC, | Case No.  CV08-80074 MISC. |

16 | Plaintiff and Counterclaim Defendant, | [Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081] |

17 | v. |

18 | FISH & RICHARDSON P.C., | PROOF OF SERVICE |

19 | Defendant, Counterclaimant and Third-Party Plaintiff, |

20

21 | v. |

22 | SCOTT C. HARRIS, |

23 | Third-Party Defendant and Counterclaimant, |

24 | v. |

25 | FISH & RICHARDSON P.C., |

26 | Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. |

27

28

                               1                              041108.doc

**AMENDED PROOF OF SERVICE**

1

**PROOF OF SERVICE**

2

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to

3

the within cause; that I am employed in Santa Clara County and my business address is *Rehon &*

4

*Roberts, Ten Almaden Boulevard, Suite 550, San Jose, CA 95113*.

5

On April 11, 2008, I served the following documents by the method(s) below:

6

**1.**    ***EX PARTE* APPLICATION BY ILLINOIS COMPUTER RESEARCH LLC**
**AND SCOTT C. HARRIS PURSUANT TO LOCAL RULE 6.3  FOR**

7

**ORDER SHORTENING TIME FOR HEARING ON MOTION OF**
**ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS**

8

**UNDER FED.R.CIV.P. 45 TO COMPEL RICHARD FRENKEL'S**
**DEPOSITION AND DOCUMENT PRODUCTION IN APRIL 2008;**

9

10

**2.**    **DECLARATION OF KAREN L. BLOUIN IN SUPPORT OF *EX PARTE***
**APPLICATION BY ILLINOIS COMPUTER RESEARCH LLC AND**
**SCOTT C. HARRIS PURSUANT TO LOCAL RULE 6.3  FOR ORDER**

11

**SHORTENING TIME FOR HEARING ON MOTION OF ILLINOIS**
**COMPUTER RESEARCH LLC AND SCOTT C. HARRIS UNDER**

12

**FED.R.CIV.P. 45 TO COMPEL RICHARD FRENKEL'S DEPOSITION**
**AND DOCUMENT PRODUCTION IN APRIL 2008; and**

13

14

**3.**    **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION BY**
**ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS**
**PURSUANT TO LOCAL RULE 6.3   FOR ORDER SHORTENING TIME**

15

**FOR HEARING ON MOTION UNDER FED.R.CIV.P. 45 OF ILLINOIS**
**COMPUTER RESEARCH LLC AND SCOTT C. HARRIS TO COMPEL**

16

**RICHARD FRENKEL'S DEPOSITION AND DOCUMENT PRODUCTION**
**IN APRIL 2008.**

17

18

☒    by transmitting via facsimile on this date from fax number (408) 494-0909 the
document(s) listed above to the fax number(s) set forth below.  The transmission was
completed before 5:00 p.m. and was reported complete without error.

19

20

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully
prepaid, in the United States mail at San Jose, California addressed as set forth below.
I am  readily  familiar  with  the  firm's  practice  of  collection  and  processing  of

21

correspondence  for  mailing.   Under  that  practice,  it would  be  deposited  with  the  U.S.
Postal Service on that same day with postage thereon fully prepaid in the ordinary course

22

of business.

23

☐    by personally delivering the document(s) listed above to the person(s) at the address(es)
set forth below.

24

25

☐    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an
express mail service for guaranteed delivery on the next business day following the date
of consignment to the address(es) set forth below.  A copy of the consignment slip is

26

attached to this proof of service.

27

28

2                                          041108.doc

**AMENDED PROOF OF SERVICE**

1    ☐    By electronically transmitting document(s) above to parties as set forth below.

2    **Eric A. Sacks, Esq.**              **George McWilliams, Esq.**
     **David Bradford, Esq.**            **Law Offices of George McWilliams**
3    **Terry Truax, Esq.**               **P.O. Box 58**
     **Jenner & Block LLP**              **Texarkana, TX 75504-0058**
4    **330 N. Wabash Avenue**            **Fax No.: (870) 773-2967**
     **Chicago, IL 60611-7603**
5    **Fax No.(312) 527-0484**

6    I declare under penalty of perjury under the laws of the State of California that the

7    foregoing is true and correct.  Executed on April 11, 2008, at San Jose, California.

8

9                                    Nancy Wong  /s/
                                     NANCY WONG
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3                                    041108.doc

**AMENDED PROOF OF SERVICE**