United States District Court

For the Northern District of California

1

2                                                    **\*E-FILED 4.17.2008\***

3

4

5

6

7                                          NOT FOR CITATION

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                       SAN JOSE DIVISION

11   ILLINOIS COMPUTER RESEARCH LLC,            No. C08-80074MISC JF (HRL)
                                                No. C08-80075MISC JF (HRL)
12
              Plaintiff,                        **ORDER (1) DENYING ILLINOIS**
13                                              **COMPUTER RESEARCH/HARRIS**
       v.                                       **MOTION FOR ORDER SHORTENING**
14                                              **TIME RE MOTION TO COMPEL; AND**
                                                **(2) RE-SETTING HEARING ON**
15   FISH & RICHARDSON P.C.,                     **FRENKEL'S AND CISCO'S MOTIONS**
                                                **TO QUASH AND FOR PROTECTIVE**
16            Defendant.                         **ORDER**

17                                              **[Re: Docket No. 3]**

18

19        On April 7, 2008, Illinois Computer Research LLC ("ICR") and Scott Harris filed a

20   motion to compel discovery of third-party Richard Frenkel in connection with a lawsuit pending

21   in the United States District Court for the Northern District of Illinois.  On that same day,

22   Frenkel and third-party Cisco Systems, Inc. ("Cisco") each filed motions to quash the

23   ICR/Harris subpoena or, in the alternative, for a protective order.

24        Presently before the court is ICR's and Harris' motion for an expedited April 22, 2008

25   hearing on their motion to compel.  Frenkel opposes the request for shortened time.  Upon

26   consideration of the papers submitted by the parties, the court orders as follows:

27        1.    The court does not find that an expedited hearing is necessary.  Accordingly, the

28   ICR/Harris motion to compel **remains set for hearing, as originally noticed, on May 13,**

**United States District Court**
For the Northern District of California

1   **2008, 10:00 a.m. in Courtroom 2**.

2          2.        The court finds that it will be more efficient to hear Frenkel's and Cisco's

3   motions at the same time that the ICR/Harris motion is heard.  Accordingly, the hearing on

4   Frenkel's and Cisco's motions is **re-set for May 13, 2008, 10:00 a.m. in Courtroom 2**.

5          3.        Briefing on all motions shall proceed in accordance with the court's Civil Local

6   Rules.

7          SO ORDERED.

8   Dated:  April 17, 2008

9          _____

10          HOWARD R. LLOYD
           UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1    **5:08-mc-80074 Notice has been electronically mailed to:**

2    Karen L. Blouin kblouin@nshn.com

3    Howard Holderness , III hholderness@morganlewis.com, cgreenblatt@morganlewis.com

4    Mark V. Isola misola@rehonroberts.com

5    Richard B. Megley rmegley@nshn.com

6    Raymond P. Niro rniro@nshn.com

7    Peter Michael Rehon prehon@rehonroberts.com, misola@rehonroberts.com,
nwong@rehonroberts.com, tgoodman@rehonroberts.com

8    David J Sheikh sheikh@nshn.com

9    Paul K Vickrey vickrey@nshn.com

10

11    **5:08-mc-80075 Notice has been electronically mailed to**:

12    Karen L. Blouin kblouin@nshn.com

13    David J. Bradford djbradford@jenner.com, docketing@jenner.com, fsattelmayer@jenner.com,
jdrury@jenner.com, jgreen@jenner.com, rlevy@jenner.com, thooker@jenner.com

14    Howard Holderness , III hholderness@morganlewis.com, cgreenblatt@morganlewis.com

15    Richard B. Megley rmegley@nshn.com

16    Raymond P. Niro rniro@nshn.com

17    Eric A. Sacks esacks@jenner.com

18    Terrence Joseph Truax ttruax@jenner.com

19    Paul K Vickrey vickrey@nshn.com

20    Daniel J. Weiss sweiss@jenner.com

21

22    **Counsel are responsible for distributing copies of this document to co-counsel who have
not registered for e-filing under the court's CM/ECF program**.

23

24

25

26

27

28

3