Howard Holderness, CA Bar No. 169814
MORGAN, LEWIS & BOCKIUS LLP
1 Market Street, Spear Tower, 25th Floor
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

Charles L. Babcock, IV, TX Bar No. 01479500
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Admitted Pro Hac Vice
(713) 752-4200 (Telephone)
(713) 752-4221 (Facsimile)

George L. McWilliams
LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
TX Bar No. 13877000; AR Bar No. 68078
406 Walnut, P.O. Box 58
Texarkana, ARK-TX 75504-0058
Admitted Pro Hac Vice
(903) 277-0098 (Telephone)
(870) 773-2967 (Facsimile)

Attorneys for Non-Party
RICHARD FRENKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>   Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>   Defendant, Counterclaimant and Third Party Plaintiff,<br><br>vs.<br><br>SCOTT C. HARRIS,<br>   Third-Party Defendant and Counterclaimant<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>   Defendant, Counterclaimant, Third Party Plaintiff and Counterclaim Defendant | Miscellaneous Action No.<br>CV 5:08-mc-80074-JF (HRL)<br><br>**RICHARD FRENKEL'S AGREED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED**<br><br>Hon. Magistrate Judge Howard Lloyd |

Non-party Richard Frenkel ("Frenkel") hereby moves for consideration of whether *Illinois Computer Research LLC v. Fish & Richardson, P.C.*, Case No. CV 5:08-mc-80075-JF (HRL), filed on April 7, 2008 ("the later-filed case"), is related to and should be consolidated with the earlier filed case *Illinois Computer Research LLC v. Fish & Richardson, P.C.*, Case No. CV 5:08-mc-80074-JF (HRL), also filed on April 7, 2008 ("the earlier-filed case"). Both cases are assigned to Judge Jeremy Fogel and referred to Magistrate Judge Howard Lloyd. All other parties, ICR, Harris, and Cisco Systems, Inc. ("Cisco"), stipulate and agree that the two cases are related and should be consolidated. *See* Stipulation Regarding Richard Frenkel's Administrative Motion to Consider Whether Cases Should Be Related and Consolidated p. 2, filed concurrently herewith and incorporated herein by reference.

Pursuant to N.D. Cal. Civil L.R. 3-12(a), the two cases are related. Frenkel and his employer, Cisco, instituted the later-filed case by moving to quash a subpoena issued to Frenkel by Illinois Computer Research, L.L.C. ("ICR") and Scott C. Harris ("Harris"). ICR and Harris instituted the earlier-filed case by moving to compel Frenkel to attend a deposition and produce documents in compliance with the same subpoena that Frenkel and Cisco seek to quash in the later-filed case. Thus, both cases involve the same parties – Frenkel, Cisco, ICR, and Harris – and the same events – the issuance of a subpoena by ICR and Harris and the opposition of that subpoena by Frenkel and Cisco. N.D. Cal. Civil L.R. 3-12(a)(1). Moreover, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the two cases are not related and consolidated into one action. N.D. Cal. Civil L.R. 3-12(a)(2). Further, pursuant to Federal Rule of Civil Procedure 42(a), the two cases should be consolidated.

Accordingly, Frenkel respectfully requests that the Court order that the two cases are related and should be consolidated into one action, *Illinois Computer Research LLC v. Fish & Richardson, P.C.*, Case No. CV 5:08-mc-80074-JF (HRL).

Dated: April 18, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Howard Holderness

*Jennifer Fearnow for Howard Holderness*

Attorneys for Non-Party
RICHARD FRENKEL

1

Dated: April 18, 2008

JACKSON WALKER L.L.P.

By _Charles L. Babcock_ (signature)
Charles L. Babcock

Attorneys for Non-Party
RICHARD FRENKEL

Dated: April 18, 2008

LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.

By: /s/ George L. McWilliams
George L. McWilliams

Attorneys for Non-Party
RICHARD FRENKEL

1  Howard Holderness, CA Bar No. 169814
   MORGAN, LEWIS & BOCKIUS LLP
2  1 Market Street, Spear Tower, 25th Floor
   San Francisco, CA  94105
3  (415) 442-1000 (Telephone)
   (415) 442-1001 (Facsimile)
4

5  Charles L. Babcock, IV, TX Bar No. 01479500
   JACKSON WALKER L.L.P.
6  1401 McKinney, Suite 1900
   Houston, Texas  77010
7  Admitted Pro Hac Vice
   (713) 752-4200 (Telephone)
8  (713) 752-4221 (Facsimile)

9  George L. McWilliams
10 LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
   TX Bar No. 13877000; AR Bar No. 68078
11 406 Walnut, P.O. Box 58
   Texarkana, ARK-TX  75504-0058
12 Admitted Pro Hac Vice
   (903) 277-0098 (Telephone)
13 (870) 773-2967 (Facsimile)

14 Attorneys for Respondent
15 RICHARD FRENKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC, <br>    Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> FISH & RICHARDSON P.C., <br>    Defendant, Counterclaimant and Third Party Plaintiff, <br><br> vs. <br><br> SCOTT C. HARRIS, <br>    Third-Party Defendant and Counterclaimant <br><br> vs. <br><br> FISH & RICHARDSON P.C., <br>    Defendant, Counterclaimant, Third Party Plaintiff and Counterclaim Defendant | Miscellaneous Action No. <br> CV 5:08-mc-80074-JF (HRL) <br><br> **PROOF OF SERVICE** |

5082594v1                               1.                          PROOF OF SERVICE

# CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is One Market St., Spear Tower, San Francisco, CA 94105.

On April 18, 2008, I served on the interested parties in said action the within document(s) as indicated on the attached service list:

**RICHARD FRENKEL'S AGREED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED**

| | |
|---|---|
| X | (Via Overnight Delivery – Federal Express) by placing the document(s) listed bove in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for overnight delivery |
| X | by transmitting **via facsimile** the document(s) listed above on this date. |
| ☐ | by causing the documents to be delivered by electronic mail addressed as set forth below. |
| ☐ | by causing the documents to be delivered by hand to the offices of the interested parties. |

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Signed April 18, 2008, in San Francisco, California.

*/s/ Catherine Greenblatt*

## SERVICE LIST

| | |
|---|---|
| Raymond P. Niro<br>Paul K. Vickrey<br>Richard B. Megley, Jr.<br>Karen L. Blouin<br>Niro, Scavone, Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, IL 60602<br>(312) 236-0733<br>(312) 236-3137 - Facsimile | **Attorneys for Plaintiff, ILLINOIS COMPUTER RESEARCH, LLC and SCOTT C. HARRIS, Third Party Defendant** |
| Peter M. Rehon<br>Mark V. Isola<br>Rehon & Roberts<br>Ten Almaden Blvd., Suite 550<br>San Jose, CA 95113-2238<br>(408) 494-0900<br>(408) 494-0909 – Facsimile | **Attorneys for Plaintiff, ILLINOIS COMPUTER RESEARCH, LLC and SCOTT C. HARRIS, Third Party Defendant** |
| David J. Bradford<br>Terrence J. Truax<br>Eric A. Sacks<br>Daniel J. Weiss<br>Jenner & Block, LLP<br>330 North Wabash Avenue<br>Chicago, IL 60611<br>(312) 222-9350<br>(312) 527-0484 – Facsimile | **Attorneys for FISH & RICHARDSON, P.C., Defendant** |
| Charles L. Babcock, IV<br>Jackson Walker<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010 | **Attorneys for Non-Party CISCO SYSTEMS, INC.** |
| George L. McWilliams<br>Law Offices of George L. McWilliams, P.C.<br>406 Walnut, P.O. Box 58<br>Texarkana, ARK 71854-5219 | **Attorneys for Non-Party RICHARD FRENKEL** |

5082594v.1 132824/00003