1  Howard Holderness, CA Bar No. 169814
   MORGAN, LEWIS & BOCKIUS LLP
2  1 Market Street, Spear Tower, 25th Floor
   San Francisco, CA 94105
3  (415) 442-1000 (Telephone)
   (415) 442-1001 (Facsimile)
4

5  Charles L. Babcock, IV, TX Bar No. 01479500
   JACKSON WALKER L.L.P.
6  1401 McKinney, Suite 1900
   Houston, Texas 77010
7  Admitted Pro Hac Vice
   (713) 752-4200 (Telephone)
8  (713) 752-4221 (Facsimile)

9  George L. McWilliams
10 LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
   TX Bar No. 13877000; AR Bar No. 68078
11 406 Walnut, P.O. Box 58
   Texarkana, ARK-TX 75504-0058
12 Admitted Pro Hac Vice
   (903) 277-0098 (Telephone)
13 (870) 773-2967 (Facsimile)

14 Attorneys for Non-Party
15 RICHARD FRENKEL

16             UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18 ILLINOIS COMPUTER RESEARCH, LLC,          Miscellaneous Action No.
      Plaintiff and Counterclaim Defendant,   CV 5:08-mc-80074-JF (HRL)
19
         vs.                                  **STIPULATION REGARDING
20                                            RICHARD FRENKEL'S AGREED
   FISH & RICHARDSON P.C.,                    ADMINISTRATIVE MOTION TO
21    Defendant, Counterclaimant and Third    CONSIDER WHETHER CASES
      Party Plaintiff,                        SHOULD BE RELATED AND
22                                            CONSOLIDATED**
         vs.
23
   SCOTT C. HARRIS,
24    Third-Party Defendant and               Hon. Magistrate Judge Howard Lloyd
      Counterclaimant
25
         vs.
26
   FISH & RICHARDSON P.C.,
      Defendant, Counterclaimant, Third
27    Party Plaintiff and Counterclaim
      Defendant
28

*Whereas,* the case *Illinois Computer Research LLC v. Fish & Richardson, P.C.,* Case No. CV 5:08-mc-80075-JF (HRL) ("the later-filed case") was filed in this Court on April 7, 2008;

*Whereas,* the parties agree that the later-filed case involves substantially similar questions of law and fact as *Illinois Computer Research LLC v. Fish & Richardson, P.C.,* Case No. CV 5:08-mc-80074-JF (HRL), also filed on April 7, 2008;

*Whereas,* the parties believe the two cases are "related cases" within the meaning of N.D. Cal. Civil L.R. 3-12(a) and should be consolidated pursuant to Federal Rule of Civil Procedure 42(a); and

*Whereas,* the parties believe the treatment of the two cases as related and the consolidation of the two cases would serve the interests of judicial economy and avoid the potential for conflicting rulings;

IT IS HEREBY STIPULATED AND AGREED that *Illinois Computer Research LLC v. Fish & Richardson, P.C.,* Case No. CV 5:08-mc-80075-JF (HRL) is related to *Illinois Computer Research LLC v. Fish & Richardson, P.C.,* Case No. CV 5:08-mc-80074-JF (HRL) and should be consolidated into one action, *Illinois Computer Research LLC v. Fish & Richardson, P.C.,* Case No. CV 5:08-mc-80074-JF (HRL).

SO STIPULATED.

Dated: April 18, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____ /Jennifer Fearnow
Howard Holderness       for Howard Holderness

Attorneys for
CISCO SYSTEMS, INC.

1. STIPULATION REGARDING RICHARD FRENKEL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED

1
2  Dated: April 18, 2008                    JACKSON WALKER L.L.P.
3                                           By *Charles L. Babcock* (signature)
                                             Charles L. Babcock
4
                                          Attorneys for
5                                         CISCO SYSTEMS, INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2. STIPULATION REGARDING RICHARD FRENKEL'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED AND CONSOLIDATED

| | |
|---|---|
| Dated: April 18, 2008 | REHON & ROBERTS<br><br>By _____<br>   Mark V. Isola<br><br>Attorneys for<br>ILLINOIS COMPUTER RESEARCH LLC AND<br>SCOTT C. HARRIS |

3.   STIPULATION REGARDING RICHARD FRENKEL'S
     ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
     SHOULD BE RELATED AND CONSOLIDATED

| | |
|---|---|
| 1 | Howard Holderness, CA Bar No. 169814 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 1 Market Street, Spear Tower, 25th Floor |
| | San Francisco, CA 94105 |
| 3 | (415) 442-1000 (Telephone) |
| | (415) 442-1001 (Facsimile) |
| 4 | |
| 5 | Charles L. Babcock, IV, TX Bar No. 01479500 |
| | JACKSON WALKER L.L.P. |
| 6 | 1401 McKinney, Suite 1900 |
| | Houston, Texas 77010 |
| 7 | Admitted Pro Hac Vice |
| | (713) 752-4200 (Telephone) |
| 8 | (713) 752-4221 (Facsimile) |
| 9 | |
| | George L. McWilliams |
| 10 | LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C. |
| | TX Bar No. 13877000; AR Bar No. 68078 |
| 11 | 406 Walnut, P.O. Box 58 |
| | Texarkana, ARK-TX 75504-0058 |
| 12 | Admitted Pro Hac Vice |
| 13 | (903) 277-0098 (Telephone) |
| | (870) 773-2967 (Facsimile) |
| 14 | |
| | Attorneys for Respondent |
| 15 | RICHARD FRENKEL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC, Plaintiff and Counterclaim Defendant, | Miscellaneous Action No. CV 5:08-mc-80074-JF (HRL) |
| vs. | **PROOF OF SERVICE** |
| FISH & RICHARDSON P.C., Defendant, Counterclaimant and Third Party Plaintiff, | |
| vs. | |
| SCOTT C. HARRIS, Third-Party Defendant and Counterclaimant | |
| vs. | |
| FISH & RICHARDSON P.C., Defendant, Counterclaimant, Third Party Plaintiff and Counterclaim Defendant | |

1.

# CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is One Market St., Spear Tower, San Francisco, CA 94105.

On April 18, 2008, I served on the interested parties in said action the within document(s) as indicated on the attached service list:

**STIPULATION REGARDING RICHARD FRENKEL'S AGREED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED**

X     (Via Overnight Delivery – Federal Express) by placing the document(s) listed bove in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for overnight delivery

X     by transmitting **via facsimile** the document(s) listed above on this date.

☐     by causing the documents to be delivered by electronic mail addressed as set forth below.

☐     by causing the documents to be delivered by hand to the offices of the interested parties.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Signed April 18, 2008, in San Francisco, California.

*/s/ Catherine Greenblatt*

2.

## SERVICE LIST

| | |
|---|---|
| Raymond P. Niro<br>Paul K. Vickrey<br>Richard B. Megley, Jr.<br>Karen L. Blouin<br>Niro, Scavone, Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, IL 60602<br>(312) 236-0733<br>(312) 236-3137 - Facsimile | **Attorneys for Plaintiff, ILLINOIS COMPUTER RESEARCH, LLC and SCOTT C. HARRIS, Third Party Defendant** |
| Peter M. Rehon<br>Mark V. Isola<br>Rehon & Roberts<br>Ten Almaden Blvd., Suite 550<br>San Jose, CA 95113-2238<br>(408) 494-0900<br>(408) 494-0909 – Facsimile | **Attorneys for Plaintiff, ILLINOIS COMPUTER RESEARCH, LLC and SCOTT C. HARRIS, Third Party Defendant** |
| David J. Bradford<br>Terrence J. Truax<br>Eric A. Sacks<br>Daniel J. Weiss<br>Jenner & Block, LLP<br>330 North Wabash Avenue<br>Chicago, IL 60611<br>(312) 222-9350<br>(312) 527-0484 – Facsimile | **Attorneys for FISH & RICHARDSON, P.C., Defendant** |
| Charles L. Babcock, IV<br>Jackson Walker<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010 | **Attorneys for Non-Party CISCO SYSTEMS, INC.** |
| George L. McWilliams<br>Law Offices of George L. McWilliams, P.C.<br>406 Walnut, P.O. Box 58<br>Texarkana, ARK 71854-5219 | **Attorneys for Non-Party RICHARD FRENKEL** |

5082745v.3 132824/00003