Howard Holderness, CA Bar No. 169814
MORGAN, LEWIS & BOCKIUS LLP
1 Market Street, Spear Tower, 25th Floor
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

Charles L. Babcock, IV, TX Bar No. 01479500
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Admitted Pro Hac Vice
(713) 752-4200 (Telephone)
(713) 752-4221 (Facsimile)

George L. McWilliams
LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
TX Bar No. 13877000; AR Bar No. 68078
406 Walnut, P.O. Box 58
Texarkana, ARK-TX 75504-0058
Admitted Pro Hac Vice
(903) 277-0098 (Telephone)
(870) 773-2967 (Facsimile)

Attorneys for Non-Party
RICHARD FRENKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant and Third Party Plaintiff,<br><br>vs.<br><br>SCOTT C. HARRIS,<br>    Third-Party Defendant and Counterclaimant<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant, Third Party Plaintiff and Counterclaim Defendant | Miscellaneous Action No.<br>CV 5:08-mc-80074-JF (HRL)<br><br>**[PROPOSED] ORDER RELATING AND CONSOLIDATING CASES**<br><br><br>Hon. Magistrate Judge Howard Lloyd |

Non-party Richard Frenkel ("Frenkel") filed an Agreed Administrative Motion to Consider Whether Cases Should Be Related and Consolidated ("motion") on April 18, 2008.

IT IS HEREBY ORDERED THAT Frenkel's motion is GRANTED.

IT IS FURTHER ORDERED THAT *Illinois Computer Research LLC v. Fish & Richardson, P.C.*, Case No. CV 5:08-mc-80075-JF (HRL) is related to *Illinois Computer Research LLC v. Fish & Richardson, P.C.*, Case No. CV 5:08-mc-80074-JF (HRL) and is hereby consolidated into one action, *Illinois Computer Research LLC v. Fish & Richardson, P.C.*, Case No. CV 5:08-mc-80074-JF (HRL).

Dated: _____

_____
MAGISTRATE JUDGE HOWARD LLOYD

5082829v.1 132824/00003