Peter M. Rehon (SBN 100123)
Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Raymond P. Niro, Esq.
Paul K. Vickrey, Esq.
David J. Sheikh, Esq.
Richard B. Megley, Jr., Esq.
Karen L. Blouin, Esq.
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733

Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer Research, LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>FISH & RICHARDSON P.C.,<br><br>    Defendant, Counterclaimant and Third-Party Plaintiff,<br><br>    v.<br><br>SCOTT C. HARRIS,<br><br>    Third-Party Defendant and Counterclaimant,<br><br>    v.<br><br>FISH & RICHARDSON P.C.,<br><br>    Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. | Case No. CV08-80074 MISC.<br>[Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081]<br><br>**ICR'S WITHDRAWAL OF ITS MOTION TO COMPEL DISCOVERY BECAUSE ALL DISPUTED ISSUES ARE COVERED IN FRENKEL'S AND CISCO'S PROTECTIVE ORDER MOTIONS**<br><br>Date:        May 13, 2008<br>Time:       10:00 a.m.<br>Courtroom:  2<br><br>Hon. Magistrate Judge Howard Lloyd |

1

**ICR'S WITHDRAWAL OF ITS MOTION TO COMPEL DISCOVERY**

WithdrawOfMTC.doc

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On April 7, 2008 Illinois Computer Research, LLC ("ICR") filed Miscellaneous Case No. CV 5:08-80074-JF (HRL), seeking to enforce a subpoena for testimony and documents that was served on Richard Frenkel, a patent attorney employed by Cisco Systems, Inc. Thereafter both Frenkel and Cisco filed elaborate motions to quash that became another miscellaneous case, numbered CV 5:08-80075-JF (HRL).

Because the motions to quash filed by Frenkel and Cisco raised the same issues as ICR's motion to compel discovery, to reduce the burden on this Court and to facilitate a decision that covers all the issues, ICR hereby withdraws its motion to compel, which resulted in Miscellaneous Case No. CV 5:08-80074-JF (HRL). The decision on the motions to quash filed by Frenkel and Cisco is expected to encompass the entire scope of the dispute between the parties.

DATED: April 21, 2008

REHON & ROBERTS
A Professional Corporation

By: ___/s/___
Peter M. Rehon
Mark V. Isola
Attorneys for Plaintiff and Counterclaim Defendants ILLINOIS COMPUTER RESEARCH, LLC and Third-Party Defendant and Counterclaim SCOTT C. HARRIS

Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Plaintiff and Counterclaim Defendants ILLINOIS COMPUTER RESEARCH, LLC and Third-Party Defendant and Counterclaim SCOTT C. HARRIS

**ICR'S WITHDRAWAL OF ITS MOTION TO COMPEL DISCOVERY**