1  Howard Holderness, CA Bar No. 169814
   MORGAN, LEWIS & BOCKIUS LLP
2  1 Market Street, Spear Tower, 25th Floor
   San Francisco, CA 94105
3  (415) 442-1000 (Telephone)
   (415) 442-1001 (Facsimile)
4

5  Charles L. Babcock, IV, TX Bar No. 01479500
   JACKSON WALKER L.L.P.
6  1401 McKinney, Suite 1900
   Houston, Texas 77010
7  Admitted Pro Hac Vice
   (713) 752-4200 (Telephone)
8  (713) 752-4221 (Facsimile)

9  Attorneys for Respondent
   CISCO SYSTEMS, INC.
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 | ILLINOIS COMPUTER RESEARCH, LLC,        | Miscellaneous Action No.
14 |     Plaintiff and   Counterclaim         | CV 5:08-mc-80074-JF (HRL)
   |     Defendant,                           |
15 |                                          | **DECLARATION OF WILLIAM
   | vs.                                      | FRIEDMAN IN SUPPORT OF
16 |                                          | OPPOSITION TO MOTION UNDER
   | FISH & RICHARDSON P.C.,                  | FED.R.CIV.P. 45 OF ILLINOIS
17 |     Defendant,                           | COMPUTER RESEARCH LLC AND
   |     Counterclaimant and                  | SCOTT C. HARRIS TO COMPEL
18 |     Third Party Plaintiff,               | RICHARD FRENKEL'S DEPOSITION
   |                                          | AND DOCUMENT PRODUCTION IN
19 | vs.                                      | APRIL 2008**

20 SCOTT C. HARRIS,
       Third-Party Defendant
21     and Counterclaimant

22 vs.

23 FISH & RICHARDSON P.C.,
       Defendant,
24     Counterclaimant, Third
       Party Plaintiff and
25     Counterclaim Defendant

---

1.   DECLARATION OF WILLIAM FRIEDMAN IN SUPPORT OF
     OPPOSITION TO MOTION UNDER FED.R.CIV.P. 45 OF ILLINOIS
     COMPUTER RESEARCH LLC AND SCOTT C. HARRIS TO COMPEL
     RICHARD FRENKEL'S DEPOSITION AND DOCUMENT
     PRODUCTION IN APRIL 2008

I, William Friedman, declare and state as follows:

1. My name is William Friedman. I am over twenty-one years of age, competent in all respects and authorized to execute this Declaration. All of the matters stated herein are true and correct and are within my personal knowledge.

2. I am Senior Corporate Counsel—Legal Services at Cisco Systems, Inc. ("Cisco"). As Senior Corporate Counsel for Cisco, my responsibilities and duties include the coordination of outside legal counsel employed to represent Cisco in litigation. In addition, I regularly manage communications between such outside legal counsel and Cisco employees.

3. In my capacity as Senior Corporate Counsel, I am familiar with certain communications between Cisco employees and the law firm Fish & Richardson, P.C. and Kathi Lutton, Esq., which are the subject of a subpoena issued to Richard Frenkel (request Nos. 1, 3, 4). I also am familiar with certain work product prepared by Fish & Richardson, P.C. and Kathi Lutton, Esq. on behalf of Cisco, which also is the subject of the subpoena (request Nos. 1, 3, 4).

4. Some or all of the testimony and material covered by these requests concerns confidential communications between Cisco and its lawyers regarding legal advice sought on behalf of Cisco for the purpose of protecting its legal rights. Accordingly, the requests seek to compel testimony and material protected by Cisco's attorney client privilege, a privilege that Cisco has not waived.

5. Moreover, some or all of the testimony and material covered by these requests concerns the impressions, opinions, conclusions, legal theories, and research prepared by Cisco's lawyers for the purpose of protecting Cisco's legal rights in litigation or in anticipation of litigation. Accordingly, the requests seek to compel testimony and material protected by the work product rule, a protection that has not been waived.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2008, in San Jose, CA.

*/s/ William Friedman*
William Friedman