UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>Defendant, Counterclaimant and Third Party Plaintiff,<br><br>vs.<br><br>SCOTT C. HARRIS,<br>Third-Party Defendant and Counterclaimant<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>Defendant, Counterclaimant, Third Party Plaintiff and Counterclaim Defendant | Miscellaneous Action No.<br>CV 5:08-mc-80074-JF (HRL)<br><br>**[PROPOSED] ORDER DENYING MOTION UNDER FED.R.CIV.P. 45 OF ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS TO COMPEL RICHARD FRENKEL'S DEPOSITION AND DOCUMENT PRODUCTION IN APRIL 2008** |

Came on to be considered the Motion Under Fed.R.Civ.P. 45 of Illinois Computer Research LLC and Scott C. Harris to Compel Richard Frenkel's Deposition and Document Production in April 2008 ("Motion"). Having reviewed the Motion, opposition thereto, all other relevant pleadings and papers filed in this action, and the argument of counsel, the Court issues the following order:

IT IS HEREBY ORDERED that the Motion is DENIED in all respects.

Dated: _____

_____
MAGISTRATE JUDGE HOWARD LLOYD

1.

[PROPOSED] ORDER DENYING MOTION UNDER FED.R.CIV.P. 45 OF ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS TO COMPEL RICHARD FRENKEL'S DEPOSITION AND DOCUMENT PRODUCTION IN APRIL 2008

5083296v.1 132824/00003