1  Howard Holderness, State Bar No. 237923
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market Street, Spear Tower, 25th Floor
   San Francisco, CA 94105
3  Tel:   415.442.1000
   Fax:   415.442-1001
4
   Charles L. Babcock, IV, TX Bar No. 01479500
5  JACKSON WALKER L.L.P.
   1401 McKinney, Suite 1900
6  Houston, Texas 77010
   Tel:   (713) 752-4200
7  Fax:   (713) 752-4221

8  George L. McWilliams, TX Bar No. 1387700; AR Bar No. 68078
   LAW OFFICE OF GEORGE L. McWILLIAMS, P.C.
9  406 Walnut, P.O. Box 58
   Texarkana, ARK-TX 75504-0058
10 Tel:   903.277.0098
   Fax:   870.773.2967
11
   Attorneys for Respondents
12 CISCO SYSTEMS, INC./RICHARD FRENKEL

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  ILLINOIS COMPUTER RESEARCH, LLC, | Case No. CV 08-80074 Misc. JF/HRL |
| 16     Plaintiff and | |
|        Counterclaim Defendant, | **PROOF OF SERVICE** |
| 17 | |
|        vs. | |
| 18 | |
|     FISH & RICHARDSON P.C., | |
| 19 | |
|        Defendant, | |
| 20     Counterclaimant and | |
|        Third Party Plaintiff, | |
| 21 | |
|        vs. | |
| 22 | |
|     SCOTT C. HARRIS, | |
| 23 | |
|        Third Party Defendant and | |
| 24     Counterclaimant, | |
| 25     vs. | |
| 26  FISH & RICHARDSON P.C., | |
|        Defendant, Counterclaimant, | |
| 27     Third Party Plaintiff and | |
|        Counterclaim Defendant. | |
| 28 | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CV 08-80075 Misc. JF/HRL
PROOF OF SERVICE
1-SF/7694139.1

# CERTIFICATE OF SERVICE

I, Dolores M, Rivera declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On April 21, 2008, I served the within documents:

- **RICHARD FRENKEL'S OPPOSITION TO MOTION UNDER FED.R.CIV.P. 45 OF ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS TO COMPEL RICHARD FRENKEL'S DEPOSITION AND DOCUMENT PRODUCTION IN APRIL 2008**

- **RICHARD FRENKEL'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION UNDER FED.R.CIV.P. 45 OF ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS TO COMPEL RICHARD FRENKEL'S DEPOSITION AND DOCUMENT PRODUCTION IN APRIL 2008**

- **DECLARATION OF CHARLES L. BABCOCK, IV IN SUPPORT OF OPPOSITION TO MOTION UNDER FED.R.CIV.P. 45 OF ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS TO COMPEL RICHARD FRENKEL'S DEPOSITION AND DOCUMENT PRODUCTION IN APRIL 2008**

- **CISCO SYSTEM, INC.'S OPPOSITION TO MOTION UNDER FED.R.CIV.P. 45 OF ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS TO COMPEL RICHARD FRENKEL'S DEPOSITION AND DOCUMENT PRODUCTION IN APRIL 2008.**

- **DECLARATION OF WILLIAM FRIEDMAN IN SUPPORT OF OPPOSITION TO MOTION UNDER FED.R.CIV.P. 45 OF ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS TO COMPEL RICHARD FRENKEL'S DEPOSITION AND DOCUMENT PRODUCTION IN APRIL 2008**

- **[PROPOSED] ORDER DENYING MOTION UNDER FED.R.CIV.P. 45 OF ILLINOIS COMPUTER RESEARCH LLC AND SCOTT C. HARRIS TO COMPEL RICHARD FRENKEL'S DEPOSITION AND DOCUMENT PRODUCTION IN APRIL 2008**

☐ (Via Facsimile) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (Via U.S. Mail) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ (Via Overnight Delivery—Federal Express) by placing the document(s) listed above in a sealed **Federal Express** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Federal Express** agent for overnight delivery.

☐ (Via Hand Delivery—Attorney Service) by personally delivering, through an authorized courier/attorney service, the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by **e-mailing** the document(s) listed above to the addressee(s) noted below.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Signed this 18th day of April, 2008, in San Francisco, California.

 /s/
————————————————
Dolores M. Rivera

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CV 08-80074 Misc
PROOF OF SERVICE
1-SF/7694139.1

# SERVICE LIST

| | |
|---|---|
| Raymond P. Niro<br>Paul K. Vickrey<br>Richard B. Megley, Jr.<br>Karen L. Blouin<br>Niro, Scavone, Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, IL 60602<br>Tel:   312.236-0733<br>Fax:   312.236.3137 | **Attorneys for Plaintiff, ILLINOIS COMPUTER RESEARCH, LLC and SCOTT C. HARRIS, Third Party Defendant** |
| Peter M. Rehon<br>Mark V. Isola<br>Rehon & Roberts<br>Ten Almaden Blvd., Suite 550<br>San Jose, CA  95113-2238<br>Tel:   408.494.0900<br>Fax:   408.494.0909 | **Attorneys for Plaintiff, ILLINOIS COMPUTER RESEARCH, LLC and SCOTT C. HARRIS, Third Party Defendant** |
| David J. Bradford<br>Terrence J. Truax<br>Eric A. Sacks<br>Daniel J. Weiss<br>Jenner & Block, LLP<br>330 North Wabash Avenue<br>Chicago, IL 60611<br>Tel:   312.222.9350<br>Fax:   312.527.0484 | **Attorneys for FISH & RICHARDSON, P.C., Defendant** |
| Charles L. Babcock, IV<br>Jackson Walker<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010 | **Attorneys for Movant CISCO SYSTEMS, INC.** |
| George L. McWilliams<br>Law Offices of George L. McWilliams, P.C.<br>406 Walnut, P.O. Box 58<br>Texarkana, ARK 71854-5219 | **Attorneys for Movant RICHARD FRENKEL** |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

Case No. CV 08-80074 Misc
PROOF OF SERVICE
1-SF/7694139.1