*E-FILED 4/22/2008*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>FISH & RICHARDSON P.C.,<br><br>    Defendant.<br>_____/ | No. C08-80074MISC JF (HRL)<br><br>**ORDER (1) TERMINATING ILLINOIS COMPUTER RESEARCH MOTION TO COMPEL; AND (2) DENYING AS MOOT MOTION TO CONSOLIDATE ACTIONS**<br><br>**[Re: Docket Nos. 1 and 11]** |

Illinois Computer Research has withdrawn its motion to compel filed in Case No. C08-80074MISC JF (HRL), stating that all discovery disputes are covered by the motions to quash/for protective order filed by third-parties Richard Frenkel and Cisco Systems, Inc. in Case No. C08-80075MISC JF (HRL). Accordingly, the ICR motion to compel will be terminated, and the parties' stipulated request to consolidate cases C08-80074MISC JF (HRL) and C08-80075MISC JF (HRL) is denied as moot.

SO ORDERED.

Dated:  April 22, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-mc-80074 Notice has been electronically mailed to:**

Karen L. Blouin   kblouin@nshn.com

Howard Holderness , III   hholderness@morganlewis.com, cgreenblatt@morganlewis.com

Mark V. Isola   misola@rehonroberts.com

Richard B. Megley   rmegley@nshn.com

Raymond P. Niro   rniro@nshn.com

Peter Michael Rehon   prehon@rehonroberts.com, misola@rehonroberts.com, nwong@rehonroberts.com, tgoodman@rehonroberts.com

David J Sheikh   sheikh@nshn.com

Paul K Vickrey   vickrey@nshn.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

2